# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASHWANI D. BUDHIRAJA ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-11820-EFH |
| ) | |
| LIFE INSURANCE COMPANY ) | |
| OF NORTH AMERICA ) | |
|       Defendant. ) | |

## NOTICE OF APPEARANCE

NOW COMES, David B. Crevier and hereby enters his appearance on behalf of the Defendant Life Insurance Company of North America in the above entitled matter.

> The Defendant,
> Life Insurance Company of North America,
> By its Counsel:
>
> s/David B. Crevier
> David B. Crevier, BBO # 557242
> Crevier & Ryan, LLP
> 1500 Main Street, Suite 2020
> Springfield, MA  01115
> (413) 787-2400
> Fax (413) 781-8235
> Email:  dcrevier@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on Plaintiff's counsel by first class U.S. Mail postage prepaid this 6th day of October, 2005.

> s/David B. Crevier