# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASHWANI D. BUDHIRAJA,<br>   Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA<br>   Defendant. | Civil Action No. 05-11820-EFH |

## NOTICE OF APPEARANCE

NOW COMES, Katherine R. Parsons and hereby enters her appearance on behalf of the Defendant Life Insurance Company of North America in the above entitled matter.

            The Defendant,
            Life Insurance Company of North America,
            By its Counsel:

            s/ Katherine R. Parsons
            Katherine R. Parsons, BBO# 657280
            Crevier & Ryan, LLP
            1500 Main Street, Suite 2020
            Springfield, MA  01115
            (413) 787-2400
            Fax (413) 781-8235
            Email: kparsons@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on Plaintiff's counsel by first class U.S. Mail postage prepaid this 6th day of October, 2005.

            s/ Katherine R. Parsons