# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASHWANI D. BUDHIRAJA )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>LIFE INSURANCE COMPANY )<br>OF NORTH AMERICA )<br>        Defendants. )<br>) | Civil Action No. 05-11820-EFH |

## LIFE INSURANCE COMPANY OF NORTH AMERICA'S
## L.R. 7.3 CORPORATE DISCLOSURE

Defendant Life Insurance Company of North America is a wholly owned subsidiary of Connecticut General Corporation. Connecticut General Corporation is a wholly owned subsidiary of CIGNA Holdings Inc. CIGNA Holdings Inc. is a wholly owned subsidiary of CIGNA Corporation. CIGNA Corporation is the only company that is publicly traded.

        The Defendant,
        Life Insurance Company of North America
        By its Counsel:

        s/David B. Crevier
        David B. Crevier, BBO# 557242
        Katherine R. Parsons, BBO# 657280
        Crevier & Ryan, LLP
        1500 Main Street, Suite 2020
        Springfield, MA 01115-5727
        (413) 787-2400
        Fax: (413) 781-8235
        Email: dcrevier@crevierandryan.com
                kparsons@crevierandryan.com

2

## CERTIFCATE OF SERVICE

    I certify that a copy of the foregoing was served on Plaintiff's counsel by first class U.S. Mail postage prepaid this 6th day of October, 2005.

                                                                                       s/David B. Crevier