UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * *

ASHWANI D. BUDHIRAJA,
          Plaintiff

            CIVIL ACTION NO.:
v.            05-11820-EFH

LIFE INSURANCE COMPANY OF NORTH AMERICA,
          Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

## FINAL PRETRIAL CONFERENCE ORDER

February 7, 2006

HARRINGTON, S.D.J.

     The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at 11:00 A.M. on  Thursday, December 14, 2006 .

     SO ORDERED.

                                /s/ Edward F. Harrington
                              EDWARD F. HARRINGTON
                              United States Senior District Judge