# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASHWANI D. BUDHIRAJA )<br>       Plaintiff, )<br>)<br>v. )<br>)<br>LIFE INSURANCE COMPANY )<br>OF NORTH AMERICA )<br>       Defendant. )<br>) | Civil Action No. 05-11820-EFH |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby voluntarily stipulate to the dismissal of the above-captioned action, in its entirety, with prejudice, each party to bear its own costs, with all rights of appeal waived.

Respectfully Submitted,

| Plaintiff Ashwani Budhiraja, | Defendant Life Insurance Company of North America, |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/Stephen T. Fanning<br>Stephen T. Fanning, BBO # 542343<br>305 South Main Street<br>Providence, RI 02903<br>Tel: (401) 272-8250<br>Fax: 104-272-4520<br>Tel: (508) 998-0800<br>Email: stephenfanning@msn.com | /s/Katherine R. Parsons<br>David B. Crevier, BBO # 557242<br>Katherine R. Parsons, BBO # 657280<br>Crevier & Ryan, LLP<br>1500 Main Street, Suite 2020<br>Springfield, MA 01115-5727<br>Tel:  (413) 787-2400<br>Fax:  (413) 781-8235<br>Email: dcrevier@crevierandryan.com<br>    kparsons@crevierandryan.com |

2

**CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing was served on all counsel of record by first class U.S. Mail, postage prepaid this 23rd day of February, 2006.

                                           /s/Katherine R. Parsons